```
 1  RIMAC & MARTIN
    A Professional Corporation
 2  JOSEPH M. RIMAC – CSBN 72381
    WILLIAM REILLY – CSBN 177550
 3  1051 Divisadero Street
    San Francisco, CA 94115
 4  Telephone: (415) 561-8440
    Facsimile:  (415) 561-8430
 5
    MCGUINN, HILLSMAN & PALEFSKY
 6  CLIFF PALEFSKY (State Bar No. 77683)
    KEITH EHRMAN (State Bar No. 106985)
 7  535 Pacific Ave.
    San Francisco, CA 94133
 8  Telephone: (415) 421-9292
    Facsimile: (415) 403-0202
 9
    Attorneys for Plaintiff
10  HUGO SLUIMER
```

*ORIGINAL FILED  08 FEB 29 PM 2:31  RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CV 08 - 1220 SI**

| | |
|---|---|
| HUGO SLUIMER, | ) CASE NO. |
| Plaintiff, | ) |
| v. | ) CERTIFICATION OF INTERESTED ) ENTTIIES OR PERSONS |
| VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | ) |
| Defendants. | ) |

The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    CASE NO.

1.    Hugo Sluimer, plaintiff.

2.    Verity, Inc., a corporation

3.    Verity, Inc. Change in Control and Severance Benefit Plan.

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: February 29, 2008      By: _____

WILLIAM REILLY
Attorneys for Plaintiff
HUGO SLUIMER

-2-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS      CASE NO.