1 | **DOLL AMIR & ELEY LLP**
Gregory Doll (SBN 193205)
Michael M. Amir (SBN 204491)
Ronald St. Marie (SBN 101398)
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

Attorneys for Defendants
VERITY, INC., and THE VERITY INC.
CHANGE IN CONTROL AND
SEVERANCE BENEFIT PLAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO SLUIMER,<br><br>              Plaintiff,<br><br>vs.<br><br>VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN,<br><br>              Defendants. | CASE NO.  CV 08-1220 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(6), OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT UNDER RULE 56**<br><br>DATE: July 18, 2008<br>TIME: 9:00 am |

DOLL AMIR & ELEY LLP

1 |     Defendants Verity, Inc., and The Verity Inc. Change In Control And Severance Benefit Plan ' Motion to Dismiss the Complaint in this or, alternatively, Motion for Summary Judgment or Partial Summary Judgment action pursuant to Federal Rule of Civil Procedure 56 came on for hearing on July 18, 2008 before the honorable Judge Susan Illston..  The Court, having considered all of the papers offered in support of, and in opposition to, the Motion to Dismiss, etc., and having heard oral argument thereon, finds that the Motion to Dismiss is well supported and hereby dismisses, with prejudice, each of the claims asserted by Plaintiff Hugo Sluimer against Defendants.  Alternatively, the Court finds that there are no material issues in dispute and that Defendants are entitled to summary judgment on each of Sluimer's claims, as a matter of law..

IT IS SO ORDERED..

Dated:

                                                      _____
                                                      Susan Illston
                                                      United States District Court Judge