# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

E-FILING

HUGO SLUIMER

                CASE NO.  C 081220 SI

        Plaintiff(s),

      v.                STIPULATION AND [PROPOSED]
VERITY, INC., et al.           ORDER SELECTING ADR PROCESS

        Defendant(s).

_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

  ✓    other requested deadline  TBD on or before June 6, 2008 CMC

Dated: May 15, 2008 _____

                /s/ William Reilly _____
                **Attorney for Plaintiff**

Dated: May 15, 2008 _____

                /s/ Mary Glarum
                **Attorney for Defendants**

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration

Early Neutral Evaluation (ENE)

✓ Mediation

Private ADR

Deadline for ADR session

90 days from the date of this order.

✓ other   TBD on or before CMC

IT IS SO ORDERED.

Dated:_____

UNITED STATES DISTRICT        JUDGE