**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/6/08

Case No.   C-08-1220 SI          Judge:   SUSAN ILLSTON

Title: UTICA MUTUAL INS.  -v- HAMILTON SUPPLY CO.

Attorneys: P. Quickley          K. McCurdy (phone)

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **7/18/08 @ 9:00 A.M.    @ 9:00 a.m.**  for Motions (to set further dates)

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: