RIMAC & MARTIN
A Professional Corporation
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY (State Bar No. 77683)
KEITH EHRMAN (State Bar No. 106985)
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

***E-FILING***

| | |
|---|---|
| HUGO SLUIMER, | ) |
| | ) **CASE NO.  C 081220 SI** |
| Plaintiff, | ) |
| | ) **MOTION FOR ADMINISTRATIVE** |
| v. | ) **RELIEF OF PAGE LIMITS AND** |
| | ) **PROPOSED ORDER** |
| VERITY, INC., a corporation, and THE | ) |
| VERITY INC. CHANGE IN CONTROL AND | ) Date: July 18, 2008 |
| SEVERANCE BENEFIT PLAN, | ) Time: 9:00 a.m. |
| | ) Ctrm: 10, 19th Floor |
| Defendants. | ) |
| | ) The Honorable Susan Illston |
| | ) |

Pursuant to Local Rules 7-11 and 7-4, Plaintiff Hugo Sluimer hereby moves this Court for an Order permitting Plaintiff to exceed the 25 page limit provided in Local Rule 7-4.  Plaintiff's motion for summary judgment in this ERISA matter is approximately 34 pages.  Only 15 of those pages contain argument.  The remaining 19 pages contain a detailed summary of the

1  Administrative Record and the ERISA Plan (much of which is direct quotes), and the legal
2  standards involved in the case.  At the Case Management Conference, the parties and the Court
3  agreed that the parties cross-motions for summary judgment would likely completely resolve this
4  case.  The 34 page motion for summary judgement is not excessive in length for the nature of the
5  issues addressed in this dispositive motion.
6      Defendants' counsel has stipulated to the extension of the page limits

    Respectfully submitted,

    RIMAC & MARTIN, P.C.

DATED:  June 13, 2008    By:    /s/ **WILLIAM REILLY**
    WILLIAM REILLY
    Attorneys for Plaintiff

SO ORDERED:

DATED: June ___, 2008
    THE HONORABLE SUSAN ILLSTON

ADMINISTRATIVE MOTION TO
EXCEED PAGE LIMITS    CASE NO.  C 07-2381 SI