RIMAC & MARTIN
A Professional Corporation
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
KEVIN GILL – CSBN 226819
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:   (415) 561-8430

MCGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY (State Bar No. 77683)
KEITH EHRMAN (State Bar No. 106985)
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

| | |
|---|---|
| HUGO SLUIMER, | ) |
| | ) **CASE NO. C 081220 SI** |
| Plaintiff, | ) |
| | ) **NOTICE OF MOTION AND MOTION** |
| v. | ) **FOR SUMMARY JUDGMENT, OR** |
| | ) **ALTERNATIVE FOR PARTIAL** |
| VERITY, INC., a corporation, and THE | ) **SUMMARY JUDGMENT** |
| VERITY INC. CHANGE IN CONTROL AND | ) |
| SEVERANCE BENEFIT PLAN, | ) Date:  July 18, 2008 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Ctrm: 10, 19th Floor |
| | ) |
| | ) The Honorable Susan Illston |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on July 18, 2008 at 9:00 a.m. in Courtroom 10 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff

---

**NOTICE OF MOTION AND**
**DEF'S MOTION FOR SUMMARY JUDGMENT**                                 CASE NO. C 07-2381 SI

HUGO SLUIMER, will and hereby do move this Court for an Order for Summary Judgment, or in the alternative Partial Summary Judgment, reversing the denial of benefits which is the subject of this lawsuit, removing the Plan Administrator, and awarding statutory damages, attorneys' fees and interest.

This Motion for Summary Judgment/Partial Summary Judgment is made on the following grounds:

(1) Mr. Sluimer is entitled to benefits under the Plan;

(2) The decision to deny Mr. Sluimer's claim for benefits was incorrect and unreasonable;

(3) The decision to deny Mr. Sluimer's claim for benefits was not supported by any facts;

(4) The decision to deny Mr. Sluimer's claim for benefits was made in bad faith, the Dutch Court's findings should have been given collateral estoppel effect;

(5) The decision to deny Mr. Sluimer's claim for benefits should be overturned because of the wholesale and flagrant violations of the procedural requirements of ERISA;

(6) The defendants' failure to provide the requested Plan documents and information warrants an award of statutory penalties;

(7) The defendants' actions in handling the claim was a deliberate breach of their fiduciary duties and warrants the removal and replacement of the Plan Administrator;

(8) The decision to deny Mr. Sluimer's claim for benefits was not made by the Plan Administrator identified in the Plan, but by an inappropriate self-interested officer of the acquiring company.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of this motion, the Declarations of Hugo Sluimer, William Reilly and Jacob Van Der Pijl and the Exhibits attached thereto, and on such other and further oral and documentary evidence as may be presented at the hearing of this motion.

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: June 13, 2008     By:     /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Plaintiff