**RIMAC & MARTIN**
*A Professional Corporation*
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
KEVIN G. GILL – CSBN 226819
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY (State Bar No. 77683)
KEITH EHRMAN (State Bar No. 106985)
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SLUIMER, | **E-FILING** |
| Plaintiff, | **CASE NO. C 081220 SI** |
| v. | **REQUEST FOR JUDICIAL NOTICE** |
| VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | Date:  July 18, 2008<br>Time:  9:00 a.m.<br>Ctrm:  10, 19th Floor |
| Defendants. | The Honorable Susan Illston |

     Plaintiff HUGO SLUIMER, by and through his attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following adjudicative facts:

    1.    Exhibit A attached to the Declaration of Jacob Van Der Pijl which is made up of the petition and the other documents that were presented to the Court by Mr. Sluimer and Verity in the Dutch Court action and the translations of the documents to English which are attached to the Declaration of William Reilly as Exhibits as Exhibit C, D,

1        E and F.

2    2.   Exhibit B attached to the Declaration of Jacob Van Der Pijl which is made up of Exhibits that were presented to the Court by Mr. Sluimer.

3    3.   Exhibit C attached to the Declaration of Jacob Van Der Pijl which is the Clerk's handwritten notes from the May 30, 2006 hearing in the Dutch Court which is attached to the Declaration of William Reilly as Exhibit G.

4    4.   Exhibit D attached to the Declaration of Jacob Van Der Pijl which is the Order issued by the Dutch Court on June 7, 2006 which translated and attached to the Declaration of William Reilly as Exhibit H.

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: June 13, 2008        By:    /s/ **WILLIAM REILLY**
                                   WILLIAM REILLY
                                   Attorneys for Plaintiff