ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

June 17, 2008

Cliff Michael Palefsky
Keith A. Ehrman
McGuinn Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415-421-9292

Gregory Lawrence Doll
Doll Amir & Eley LLP
1888 Century Park East, Ste. 1106
Los Angeles, CA 90067
310-557-9100 x 20

Joseph M. Rimac

William Bernard Reilly
Rimac & Martin
1051 Divisadero Street
San Francisco, CA 94115
415-561-8440

Re:   Sluimer v. Verity, Inc. et al.
      <u>Case No. C 08-01220 SI MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call the ADR Program's legal staff to discuss the Mediation referral. We would like to schedule this for **Wednesday, June 25, 2008 at 10:00 a.m.** Plaintiff's counsel should initiate the call to all participants then call the ADR Program's phone conference line 415-522-4603. If you are not available at this time,, please contact the other counsel and provide me with three alternative times you are all available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator