RIMAC & MARTIN
A Professional Corporation
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

MCGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY (State Bar No. 77683)
KEITH EHRMAN (State Bar No. 106985)
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

***E-FILING***

| | |
|---|---|
| HUGO SLUIMER, | ) |
| | ) CASE NO.  **C 081220 SI** |
| Plaintiff, | ) |
| | ) **MOTION FOR ADMINISTRATIVE** |
| v. | ) **RELIEF OF PAGE LIMITS AND** |
| | ) **PROPOSED ORDER** |
| VERITY, INC., a corporation, and THE | ) |
| VERITY INC. CHANGE IN CONTROL AND | ) Date:  July 18, 2008 |
| SEVERANCE BENEFIT PLAN, | ) Time:  9:00 a.m. |
| | ) Ctrm:  10, 19th Floor |
| Defendants. | ) |
| | ) The Honorable Susan Illston |
| | ) |

Pursuant to Local Rules 7-11 and 7-4, Plaintiff Hugo Sluimer hereby moves this Court for an Order permitting Plaintiff to exceed the 25 page limit provided in Local Rule 7-4.  Plaintiff's motion for summary judgment in this ERISA matter is approximately 34 pages.  Only 15 of those pages contain argument.  The remaining 19 pages contain a detailed summary of the

Administrative Record and the ERISA Plan (much of which is direct quotes), and the legal standards involved in the case. At the Case Management Conference, the parties and the Court agreed that the parties cross-motions for summary judgment would likely completely resolve this case. The 34 page motion for summary judgement is not excessive in length for the nature of the issues addressed in this dispositive motion.

     Defendants' counsel has stipulated to the extension of the page limits

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: June 13, 2008    By:   /s/ **WILLIAM REILLY**
                                          WILLIAM REILLY
                                          Attorneys for Plaintiff

SO ORDERED:

DATED: June ___, 2008
                                          THE HONORABLE SUSAN ILLSTON