DOLL AMIR & ELEY LLP
Gregory Doll (SBN 193205)
Michael M. Amir (SBN 204491)
Ronald St. Marie (SBN 101398)
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101

Attorneys for Defendants
VERITY, INC., and THE VERITY INC.
CHANGE IN CONTROL AND
SEVERANCE BENEFIT PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SLUIMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN,<br><br>　　　　Defendants. | CASE NO.  CV 08-1220 SI<br><br>DECLARATION OF SUSHOVAN HUSSAIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:　　July 18, 2008<br>Time:　　9:00 a.m.<br>Ctrm:　　10, 19th Floor |

I, Sushovan Hussain, declare:

　　1.　　I am the Chief Financial Officer of Autonomy Corporation plc, which is and has been the ultimate parent corporation of Verity, Inc. since the acquisition of Verity by Autonomy on December 29, 2005.  In connection with that acquisition, I became one of two directors on Verity's board of directors (Andrew Kanter being the other).  I make this declaration of my own personal knowledge, and, if called upon to do so, could and would testify competently to the

following facts.

2. In or about May of 2006, Verity's board of directors, consistent with its authority under Section 2(*l*) of Verity's Change in Control and Severance Benefit Plan, appointed Andrew Kanter to serve as Plan Administrator to administer the claim for benefits filed by Hugo Sluimer. To my knowledge, no other claims for benefits have been administered under the Plan by Mr. Kanter or anyone else since the acquisition occurred on December 29, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Cambridge, England on July 2, 2008.

By ___/s/ Sushovan Hussain___
Sushovan Hussain

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1106, Los Angeles, CA 90067.

On July 3, 2008, I served the foregoing document(s) described as **DECLARATION OF SUCHOVAN HUSSAIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the parties in this action by serving**:**

| | |
|---|---|
| Joseph M. Rimac, Esq. | Cliff Palefsky, Esq. |
| William Reilly, Esq. | Keith Ehrman, Esq. |
| RIMAC & MARTIN | McGuinn, Hillsman & Palesfsky |
| 1051 Divisadero Street | 535 Pacific Avenue |
| San Francisco, CA 94115 | San Francisco, CA 94133 |
| F: (415) 561-8430 | F: (415) 403-0202 |

( )    **By Envelope** - by placing ( ) the original ( ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( )    **By Mail:** As follows:  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(**X**)    **By Electronic Filing:** Based upon my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this Document, upon its submission to the Court, will be electronically served on the addressees.

Executed on July 3, 2008, at Los Angeles, California.

( ) **STATE**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( **X** )  **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                                                   */s/ Susan Reimers*                           .
                                                                                Susan Reimers