**RIMAC & MARTIN**
*A Professional Corporation*
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
KEVIN G. GILL – CSBN 226819
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:   (415) 561-8430

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY (State Bar No. 77683)
KEITH EHRMAN (State Bar No. 106985)
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SLUIMER, | *E-FILING* |
| Plaintiff, | **CASE NO. C 08 1220 SI** |
| v. | **PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO DECLARATION OF JACOB VAN DER PIJL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** |
| VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | |
| Defendants. | |
| | Date: July 18, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10, 19th Floor |
| | The Honorable Susan Illston |

Plaintiff hereby responds to defendants' objections to the Declaration of Jacob van der Pijl in support of plaintiff's motion for summary Judgment, as follows:

///

-1-

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO Van Der PIJL DECLARATION**     **CASE NO. C 08 1220 SI**

| van der Pijl Declaration and Defendants' Objections | Plaintiff's Responses |
|---|---|
| 1. (3.) On or about April 18, 2006, I filed a petition on Mr. Sluimer's behalf in the Dutch Court. Attached hereto as Exhibit A is a true and correct copy of that petition and the other documents that were presented to the Court by Mr. Sluimer and Verity in that action. (Pijl Dec. ii:8-10)<br><br>Objection:<br><br>Relevance. Fed. R. Evid. 402; *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955, 963 (9th Cir. 2006) ("Many circuits limit a district court to the administrative record when the court is reviewing a case on the merits for an abuse of discretion; consideration of new evidence is permitted only in conjunction with de novo review of a denial of benefits."); *Jebian v. Hewlett-Packard Co. Employee Benefits Org. Income Prot. Plan,* 349 F.3d 1098, 1110 (9th Cir.2003); *Urbania v. Cent. States, Se. & Sw. Areas Pension Fund,* 421 F.3d 580, 586 (7th Cir.2005) (noting that "[d]eferential review of an administrative decision means review on the administrative record" (internal quotation marks omitted)); *Zervos v. Verizon N.Y., Inc.,* 252 F.3d 163, 173 (2d Cir.2001) (noting that when review is for abuse of discretion, the record consists of the administrative record); *Elliott v. Sara Lee Corp.,* 190 F.3d 601, 608 & n. 6 (4th Cir.1999) (abuse of discretion review must be based on the evidence before the administrator); *Buckley v. Metro. Life,* 115 F.3d 936, 941 & n. 2 (11th Cir.1997) (per curiam) (holding that extra-record evidence, presented to the district court on review for abuse of discretion, was irrelevant). | The documents are highly relevant and should be included in the Court's scope of review. *See* INTRODUCTION in Response to Objections to Reilly Declaration. |

| van der Pijl Declaration and Defendants' Objections | Plaintiff's Responses |
|---|---|
| 1. (3.) On or about April 18, 2006, I filed a petition on Mr. Sluimer's behalf in the Dutch Court. Attached hereto as Exhibit A is a true and correct copy of that petition and the other documents that were presented to the Court by Mr. Sluimer and Verity in that action. (Pijl Dec. ii:8-10)<br><br>Objection:<br><br>Relevance. Fed. R. Evid. 402 [citations omitted. *See* Objection 1 for complete quote of objection.] | The documents are highly relevant and should be included in the Court's scope of review. *See* INTRODUCTION in Response to Objections to Reilly Declaration. |

Respectfully submitted,
RIMAC & MARTIN, P.C.

DATED: July 16, 2008       By:    /s/  WILLIAM REILLY
                                  WILLIAM REILLY
                                  Attorneys for Plaintiff
                                  HUGO SLUIMER

-iii-