**RIMAC & MARTIN**
*A Professional Corporation*
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
KEVIN G. GILL – CSBN 226819
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY (State Bar No. 77683)
KEITH EHRMAN (State Bar No. 106985)
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SLUIMER, | *E-FILING* |
| Plaintiff, | **CASE NO.  C 08 1220 SI** |
| v. | **PLAINTIFF'S OBJECTION TO THE DECLARATION OF SUSHOVAN HUSSAIN FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | |
| Defendants. | Date:   July 18, 2008<br>Time:  9:00 a.m.<br>Ctrm:  10, 19th Floor |
| | The Honorable Susan Illston |

Plaintiff HUGO SLUIMER objects to the Declaration of Sushovan Hussain filed in

support of defendants' motion for summary judgment, as follows:

/ / /

/ / /

/ / /

| | |
|---|---|
| 1.     I am the Chief Financial Officer of Autonomy Corporation plc, which is and has been the ultimate parent corporation of Verity, Inc. since the acquisition of Verity by Autonomy on December 29,2005.  In connection with that acquisition, I became one of two directors on Verity's board of directors (Andrew Kanter being the other).  I make this declaration of my own personal knowledge, and, if cal1ed upon to do so, could and would testify competently to the following facts. | Improperly Submitted on Reply - *See Lujan v. Nat'l Wildlife Federation*, 497 U.S. 871, 894-95 (1990).<br><br>Not relevant to any fact material to the decision of the motion and therefore are of no probative value and are inadmissible under [FRE 401 & 402].  Outside of the Court's Scope of Review.  *Abatie v. Alta Health & Life Ins. Co* ., 458 F.3d 955, 970 (9 th  Cir. 2006) .  The defendants should not be permitted to supplement the Administrative Record. *Friedrich v. Intel Corp.*, 181 F.3d 1105, 1111 (9th Cir. 1999) .<br><br>Failure to disclose  [FRCP 26(a)]. |

**PLAINTIFF'S OBJECTION TO DECLARATION
OF SUSHOVAN HUSSAIN**                                    **CASE NO. C 08 1220 SI**

| | |
|---|---|
| 2.  In or about May of 2006, Verity's board of directors, consistent with its authority under Section *2(l)* of Verity's Change in Control and Severance Benefit Plan, appointed Andrew Kanter to serve as Plan Administrator to administer the claim for benefits filed by Hugo Sluimer.  To my knowledge, no other claims for benefits have been administered under the Plan by Mr. Kanter or anyone else since the acquisition occurred on December 29, 2005. | Improperly Submitted on Reply - *See Lujan v. Nat'l Wildlife Federation*, 497 U.S. 871, 894-95 (1990).  Not relevant to any fact material to the decision of the motion and therefore are of no probative value and are inadmissible under [FRE 401 & 402].  Outside of the Court's Scope of Review.  *Abatie v. Alta Health & Life Ins. Co* ., 458 F.3d 955, 970 (9 th  Cir. 2006) .  The defendants should not be permitted to supplement the Administrative Record. *Friedrich v. Intel Corp.*, 181 F.3d 1105, 1111 (9th Cir. 1999) .  Failure to disclose  [FRCP 26(a)]; Hearsay [FRE 802]; Lacks Personal Knowledge [FRE. 602]; Best Evidence [FRE 1001-1008]; Confusion [FRE 403]; Impeached by prior inconsistent statements [FRE 607 & 613]. |

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED:  July 17, 2008          By:      /s/ **WILLIAM REILLY**
                                                          WILLIAM REILLY
                                                          Attorneys for Plaintiff

**-3-**

PLAINTIFF'S OBJECTION TO DECLARATION
OF SUSHOVAN HUSSAIN                                    CASE NO. C 08 1220 SI