| | |
|---|---|
| 1 | **RIMAC & MARTIN** |
| | *A Professional Corporation* |
| 2 | JOSEPH M. RIMAC – CSBN 72381 |
| | WILLIAM REILLY – CSBN 177550 |
| 3 | KEVIN G. GILL – CSBN 226819 |
| | 1051 Divisadero Street |
| 4 | San Francisco, CA 94115 |
| | w_reilly@rimacmartin.com |
| 5 | Telephone: (415) 561-8440 |
| | Facsimile:  (415) 561-8430 |
| 6 | |
| | **MCGUINN, HILLSMAN & PALEFSKY** |
| 7 | CLIFF PALEFSKY (State Bar No. 77683) |
| | KEITH EHRMAN (State Bar No. 106985) |
| 8 | 535 Pacific Ave. |
| | San Francisco, CA 94133 |
| 9 | KAEMHP@aol.com |
| | Telephone: (415) 421-9292 |
| 10 | Facsimile: (415) 403-0202 |
| 11 | Attorneys for Plaintiff |
| | HUGO SLUIMER |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HUGO SLUIMER, | ) | ***E-FILING*** |
| | ) | |
| Plaintiff, | ) | **CASE NO.  C 08 1220 SI** |
| | ) | |
| v. | ) | **PLAINTIFF'S OBJECTION TO** |
| | ) | **DEFENDANTS' REQUEST FOR** |
| VERITY, INC., a corporation, and THE VERITY | ) | **JUDICIAL NOTICE OF** |
| INC. CHANGE IN CONTROL AND | ) | **UNOFFICIAL,** |
| SEVERANCE BENEFIT PLAN, | ) | **UNSUBSTANTIATED WEB SITE** |
| | ) | **INFORMATION** |
| Defendants. | ) | |
| | ) | Date:   July 18, 2008 |
| | ) | Time:  9:00 a.m. |
| | ) | Ctrm:  10, 19th Floor |
| | ) | |
| | ) | The Honorable Susan Illston |

Plaintiff HUGO SLUIMER objects to defendants' request for judicial notice of information obtained from a commercial web site, which has no guarantees of authenticity or accuracy.  FRE 201.  Defendants seek judicial notice not of information from the official SEC website, but from some commercial website which, by its own admission, is "neither affiliated with nor endorsed by the SEC or CSA."  http://www.secinfo.com/$/about.asp (last visited July

---

**-1-**

**PLAINTIFF'S OBJECTION TO**
**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**                                                                                                **CASE NO. C 08 1220 SI**

1  18, 2008). Such commercial website information is not subject to judicial notice. Additionally,
2  even if defendants did provide copies of the actual documents filed with the SEC, those
3  documents would be noticeable only to determine what statements the documents contain, but
4  not to prove the truth of those statements, which are hearsay.

5       Federal Rule of Evidence 201 allows for judicial notice of adjudicative facts. FRE
6  201(a). "A judicially noticed fact must be one not subject to reasonable dispute in that it is either
7  (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate
8  and ready determination by resort to sources whose accuracy cannot reasonably be questioned."
9  FRE 201(b).

10      "[I]n securities fraud cases, some courts permit judicial notice of public documents filed
11 with the SEC to determine what statements the documents contain (but not to prove the truth of
12 their contents)." Schwarzer et. al, *Fed. Civ. Proc. Before Trial*, (Rutter 2008) (*citing In re*
13 *Silicon Graphics Inc. Secur. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999)); FRE 802.

14      The internet pages defendants seek judicial notice are not sufficiently reliable for judicial
15 notice. FRE 201. Additionally, even if defendants provided actual copies of the SEC filings,
16 those documents would not be noticeable to prove the truth of anything contained within, which
17 is hearsay.

18      Plaintiff respectfully requests that the Court deny the Defendants request for judicial
19 notice of web pages from secinfo.com.

20                                     Respectfully submitted,

21
22                                     RIMAC & MARTIN, P.C.

23
24 DATED: July 17, 2008        By:    /s/ **WILLIAM REILLY**
                                                    WILLIAM REILLY
25                                                     Attorneys for Plaintiff

26
27
28