**RIMAC & MARTIN**
*A Professional Corporation*
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
KEVIN G. GILL – CSBN 226819
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY (State Bar No. 77683)
KEITH EHRMAN (State Bar No. 106985)
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SLUIMER, | **E-FILING** |
| Plaintiff, | **CASE NO. C 08 1220 SI** |
| v. | **RESPONSE TO DEFENDANTS' OBJECTION TO THE REQUEST FOR JUDICIAL NOTICE OF THE DUTCH COURT ORDER** |
| VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | |
| Defendants. | Date: July 18, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10, 19th Floor<br><br>The Honorable Susan Illston |

Plaintiff HUGO SLUIMER requests that the Court overrule defendants' objection to the request for judicial notice of the Dutch Court ruling. Defendants' reliance on *Ramirez v. United Airlines Inc,* 416 F.Supp.2d 792, 795 (N.D.CA 2005) is misplaced. Plaintiff seeks judicial notice not of disputed issues of fact, but of the fact that the Dutch Court issued a ruling, which in turn should have been (and admittedly was) considered by the purported Plan Administrator, and thus

-1-
**PLAINTIFF'S OBJECTION TO DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE** **CASE NO. C 08 1220 SI**

1  was required to be part of the Administrative Record.  Plaintiff has also requested that the
2  decision of the Dutch Court be given estoppel effect, which is a separate issue from the request
3  for judicial notice of the fact that the Dutch Court issued an order (which should be part of the
4  Administrative Record).
5       "Materials from a proceeding in another tribunal are appropriate for judicial notice."
6  *Biggs v. Terhune*, 334 F.3d 910, 916 (9th Cir. 2003).  "Furthermore, federal courts may also take
7  notice of proceedings in other courts, both within and outside of the federal judicial system, if the
8  proceedings have a direct relation to matters at issue." *Green v. Warden, U.S. Penitentiary*, 699
9  F.2d 364, 369 (7th Cir. 1983).
10      Plaintiff respectfully requests that the Court grant its request for judicial notice of the
11 Dutch Court documents.

12                                      Respectfully submitted,
13                                        RIMAC & MARTIN, P.C.

15 DATED:  July 17, 2008          By:     /s/ **WILLIAM REILLY**
16                                               WILLIAM REILLY
                                              Attorneys for Plaintiff