UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-08-1220 SI            Judge:   SUSAN ILLSTON

Title: HUGO SLUIMER  -v-  VERITY INC.

Attorneys: B. Riley, K. Ehrman            G. Doll

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1) Defendant's Motion to Disimiss - HELD

2) Plaintiff's Motion for Summary Judgment - HELD

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( #2 ) GRANTED, ( #1 ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                                                PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to       for Motions (to set further dates)

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
NO FURTHER DATES SET IN THIS CASE.