1  RIMAC MARTIN
2  A Professional Corporation
   Joseph M. Rimac – CSBN 72381
3  William Reilly – CSBN 177550
   1051 Divisadero Street
4  San Francisco, CA  94115
   Telephone:    415-561-8440
5  Facsimile:    415-561-8430

6
   McGUINN, HILLSMAN & PALEFSKY
7  Cliff Palefsky (SBN 77683)
   Keith Ehrman (SBN 106985)
8  535 Pacific Avenue
   San Francisco, CA  94133
9  Telephone:    415-421-9292
   Facsimile:    415-403-0202
10

11  Attorneys for Plaintiff
    HUGO SLUIMER
12

13

14
                    IN THE UNITED STATES DISTRICT COURT
15
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17  HUGO SLUIMER,                      )   Case No. C 081220 SI
                                       )
18                                     )
                  Plaintiff,           )   **DECLARATION OF CLIFF**
19                                     )   **PALEFSKY IN SUPPORT OF**
                                       )   **PLAINTIFF'S  MOTION FOR**
20  v.                                 )   **ATTORNEYS' FEES**
                                       )
21  VERITY, INC., a corporation, and THE )
    VERITY INC. CHANGE IN CONTROL      )   Date:        September 26, 2008
22  AND SEVERANCE BENEFIT PLAN,        )   Time:        9:00 a.m.
                                       )   Courtroom:   10, 19th Floor
23                                     )   Before:      Hon. Susan Illston
                  Defendants.          )
24  _____ )

25

26      I, Cliff Palefsky, declare as follows:

27          1.      I am an attorney duly licensed to practice in the State of California and am one of

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

DECLARATION OF CLIFF PALEFSKY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES          1

1   the attorneys for Plaintiff Hugo Sluimer. I have personal knowledge of the facts set forth below and

2   could competently testify as to those facts if called upon to do so.

3       2.      I am a partner at the law firm of McGuinn, Hillsman & Palefsky, and have been a

4   member of the California Bar since 1977. I obtained my Bachelor of Arts degree from the State

5

6   University of New York at Buffalo in 1974. I received my law degree from the Georgetown

7   University Law Center in 1977, where I served as a member of the American Criminal Law Review

8   from 1976 to 1977.

9       3.      My practice with the law firm of McGuinn, Hillsman & Palefsky consists almost

10

11  exclusively of employment cases. I have litigated hundreds of employment cases on behalf of

12  employees. I was a co-founder of the National Employment Lawyers Association and was on the

13  executive board of the California Employment Lawyers Association for over 10 years. I have

14  served as a consulting editor and co-author for CEB's *Wrongful Employment Termination Practice*,

15  and have authored numerous articles on employment law. I am a member of the Advisory Board

16
    of the Employee Rights and Employment Policy Journal. I am a fellow of the College of Labor and

17
    Employment Lawyers. I have been identified as one of the leading employment lawyers in

18
19  California and the country in several publications, including the National Law Journal, the

20  Recorder, the San Francisco Chronicle, and Best Lawyers in America.

21      4.      Almost all of the work that I do is on a contingency basis. However, my hourly

22  billing rate is $610 per hour. I am familiar with hourly billing rates charged by attorneys in the Bay

23
    Area, based upon my review of declarations filed in other cases by attorneys seeking an award of

24
25  attorneys fees; based on surveys I have read of hourly billing rates in the Bay Area; and based on

26  discussions I have had with other attorneys in the Bay Area. Based on my familiarity with the

27  hourly rates charged by other Bay Area attorneys, it is my opinion and belief that my hourly billing

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

DECLARATION OF CLIFF PALEFSKY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES          2

1   rate of $610 is below the market rate for attorneys in the Bay Area with my experience and

2   reputation.

3        5.        As of August 8, 2008, I had spent approximately 7.3 hours working on this case.

4   Attached as Exhibit A are time records reflecting the hours I worked on this matter.  At an hourly

5   rate of $610 per hour, this amounts to $4,453.

6

7        I declare under penalty of perjury that the foregoing is true and correct, and that this

8   Declaration was executed on August 20, 2008 in San Francisco, California.

9

10                                    /s/
                               Cliff Palefsky

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

DECLARATION OF CLIFF PALEFSKY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES          3

Sluimer v. Verity, Inc

Cliff Palefsky Hours

| 2007 | | |
|------|--|--|
| | | |
| 3/13 | conv w/ Hugo, KE | .3 |
| 4/2 | call Andy Kanter | .1 |
| 4/3 | call from Andy's secty. | .1 |
| 4/6 | conv w/ Andy Kanter, review docs. | .4 |
| 4/25 | review email re: affidavit; conv w/ KE | .3 |
| 5/2 | review ltr. to Dan F. | .2 |
| 6/6 | conv w/ KE re: ERISA | .3 |
| 6/11 | conv w/ KE re: ERISA | .3 |
| 6/14 | read Hugo emails; conv w/ KE | .4 |
| 8/6 | conv w/ KE | .1 |
| 8/28 | conv w/ KE; review email to Hugo | .2 |
| 9/11 | KE email | .1 |
| 9/20 | conv w/ KE re: co-counsel | .2 |
| 10/10 | conv w/ KE re: co-counsel | .2 |
| 10/11 | conv w/ KE re: complaint plans | .2 |
| 11/19 | conv w/ KE | .2 |
| 12/5 | review emails to Hugo | .2 |
| | | |
| 2008 | | |
| | | |
| 1/4 | conv w/ KE | .1 |
| 2/13 | email to Hugo | .1 |
| 2/14 | conv w/ KE | .2 |

EXHIBIT ___A___

| | | |
|---|---|---|
| 3/28 | convs w/ Reilly | .2 |
| 4/29 | review KE memo | .3 |
| 5/2 | conv w/ KE re: SJ | .2 |
| 5/22 | read docs. from Reilly/ADR order | .3 |
| 6/23 | convs w/ KE, Bill | .2 |
| 7/7 | conv w/ KE re: MSJ | .2 |
| 7/9 | read briefs | .5 |
| 7/18 | attend SJ hearing | 1.2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | 7.3 hrs |