**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SLUIMER, | No. C 08-01220SI |
| Plaintiff, | **NOTICE** |
| v. | |
| VERITY INC, | |
| Defendant. / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for attorney's fees has been continued to Friday, November 7, 2008, at 9:00 a.m.

Dated: August 25, 2008                                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk