**RIMAC & MARTIN**
*A Professional Corporation*
JOSEPH M. RIMAC – CSBN 72381
WILLIAM REILLY – CSBN 177550
KEVIN G. GILL – CSBN 226819
1051 Divisadero Street
San Francisco, CA 94115
w_reilly@rimacmartin.com
Telephone: (415) 561-8440
Facsimile:   (415) 561-8430

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY – CSBN 77683
KEITH EHRMAN – CSBN 106985
535 Pacific Ave.
San Francisco, CA 94133
KAEMHP@aol.com
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Attorneys for Plaintiff
HUGO SLUIMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SLUIMER, | *E-FILING* |
| Plaintiff, | CASE NO.  C 081220 SI |
| v. | **AMENDED NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS (29 U.S.C. § 1132(g)) AND PREJUDGMENT INTEREST (28 U.S.C. § 1961)** |
| VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | |
| Defendants. | Date: November 14, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10, 19th Floor |
| | The Honorable Susan Illston |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 14, 2008 at 9:00 am, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, Courtroom 10, 19th Floor, San Francisco, California, plaintiff HUGO SLUIMER ("Plaintiff") will and hereby does move this Court for an order awarding its attorneys' fees, in the amount of $215,268.00, and costs in the amount of $6,735.14, incurred in the pursuit of this action.  Plaintiff will also and hereby

1  does move this Court for prejudgment interest. This Motion is made on the grounds that on July 22,
2  2008 summary judgment was entered in favor of Plaintiff, and as a prevailing plan participant,
3  Plaintiff is entitled to attorneys fees and costs as provided in ERISA Section 502(g)(1) ((29 U.S.C.
4  § 1132(g)(1)), and to prejudgment interest as provide for under 28 U.S.C. § 1961.

5  Pursuant to Local Rule 54-6(a), Plaintiff attempted to resolve the claims for fees, costs and
6  interest with Defendants prior to filing the instant motion. However, the efforts were unsuccessful.

7  This Motion is based upon this Notice, the Memorandum of Points and Authorities attached
8  below, the July 22, 2008 Order of the Court granting Plaintiff's motion for summary judgment, the
9  transcript of the July 22, 2008 hearing, the complete files and records of this action, the Declarations
10 of William Reilly, Kevin Gill, Cliff Palefsky, Keith Ehrman and Scott Kalkin, and on such oral and
11 documentary evidence as may be presented at the hearing on this Motion.

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: September 5, 2008    By:    /s/ WILLIAM REILLY
                                   WILLIAM REILLY
                                   Attorneys for Plaintiff
                                   HUGO SLUIMER