| | |
|---|---|
| 1 | RIMAC & MARTIN |
| 2 | A Professional Corporation<br>JOSEPH M. RIMAC – CSBN 72381 |
| 3 | WILLIAM REILLY – CSBN 177550<br>1051 Divisadero Street |
| 4 | San Francisco, CA 94115<br>w_reilly@rimacmartin.com |
| 5 | Telephone: (415) 561-8440<br>Facsimile:   (415) 561-8430 |
| 6 | MCGUINN, HILLSMAN & PALEFSKY |
| 7 | CLIFF PALEFSKY (State Bar No. 77683)<br>KEITH EHRMAN (State Bar No. 106985) |
| 8 | 535 Pacific Ave.<br>San Francisco, CA 94133 |
| 9 | KAEMHP@aol.com<br>Telephone: (415) 421-9292 |
| 10 | Facsimile: (415) 403-0202 |
| 11 | Attorneys for Plaintiff<br>HUGO SLUIMER |
| 12 | DOLL AMIR & ELEY LLP |
| 13 | GREGORY L. DOLL  – CSBN 193205<br>1888 Century Park East, Suite 1106 |
| 14 | Los Angeles, California 90067<br>Telephone: (310) 557-9100 |
| 15 | Facsimile:   (310) 557-9101 |
| 16 | Attorneys for Defendants<br>VERITY, INC., and THE VERITY INC. |
| 17 | CHANGE IN CONTROL AND<br>SEVERANCE BENEFIT PLAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

| | | |
|---|---|---|
| HUGO SLUIMER, | ) | **CASE NO.  C 081220 SI** |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **JOINT STIPULATION TO EXTEND THE TIME TO FILE OPPOSITION AND REPLY TO MOTION FOR** |
| VERITY, INC., a corporation, and THE VERITY INC. CHANGE IN CONTROL AND SEVERANCE BENEFIT PLAN, | ) ) ) ) | **ATTORNEY'S FEES AND PROPOSED ORDER** |
| Defendants. | ) ) ) | |

---

**STIPULATION TO EXTEND TIME**                CASE NO.  C 07-2381 SI

The parties request that the Court permit defendants' to file their opposition to the plaintiff's November 14, 2008 motion for attorney's fees, costs and interest on or before October 31, 2008, with plaintiff's reply filed on or before November 7, 2008.

Good cause exists for this brief extension because defendants' counsel has had to attend 15 depositions this month, including his own (today), due to an October 31 discovery deadline in a case that has been pending for two years in Arizona, in addition to significant motion practice and hearings in other matters and the next available hearing date on the Court's calendar is December 19, 2008.

SO STIPULATED:

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: October 23, 2008     By:     /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Plaintiff

DOLL AMIR & ELEY LLP

DATED: October 23, 2008     By:     /s/ **GREGORY L. DOLL**
GREGORY L. DOLL
Attorneys for Defendants
VERITY, INC., and THE VERITY INC.
CHANGE IN CONTROL AND
SEVERANCE BENEFIT PLAN

SO ORDERED:

DATED:_____, 2008
_____
THE HONORABLE SUSAN ILLSTON

**STIPULATION TO EXTEND TIME**  CASE NO. C 07-2381 SI